STATE OF OREGON,
*Respondent,*

*v.*

JOHNNY LEE GILMOUR,
*Appellant.*

(CM9820221; CA A100882)

984 P2d 952

Chris W. Dunfield argued the cause and filed the brief for appellant.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Linder, Judges.

PER CURIAM

Affirmed. *State v. Hunt,* 161 Or App 338, 985 P2d 832 (1999).